DARLEY *et al. v.* MALLARY BROTHERS MACHINERY COMPANY.

LUMPKIN, J. This case is controlled by the ruling in *White & Corbitt* v. *Stewart & Co.,* 131 *Ga.* 460 (62 S. E. 590), and *Joyner* v. *Smith,* 132 *Ga.* 779 (65 S. E. 68). The petition in a suit for a breach of general warranty of title to land having failed to allege any eviction or equivalent disturbance by an outstanding paramount title, it was properly dismissed on demurrer.    *Judgment affirmed. All the Justices concur.*
MAY 12, 1911.

Action for breach of warranty. Before Judge Felton. Bibb superior court. February 24, 1910.

*S. C. Townsend,* for plaintiffs. *E. P. Mallary,* for defendant.